**Order entered April 15, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00198-CV**

**IN RE PAUL A. PROPES, JR., Relator**

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-82537-08**

**ORDER**

Before Justices Molberg, Reichek, and Smith

Based on the Court's opinion of this date, relator's petition for writ of mandamus is **DENIED**.

/s/     CRAIG SMITH
        JUSTICE